IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID HABIB,

        Plaintiff,

v.                                                                                  No. 1:21-cv-00925-KG-JHR

UNITED STATES OF AMERICA, et al.,

        Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

IT IS ORDERED that this case is DISMISSED without prejudice.

                                                                      _____
                                                                      UNITED STATES DISTRICT JUDGE